DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2011-19 |
| | ) | |
| GEM MANUFACTURING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ACCEPTANCE OF PLEA OF GUILTY AND
ADJUDICATION OF GUILT

GÓMEZ, C.J.

Pursuant to the Report and Recommendation of the United States Magistrate to which there is no timely objection, the plea of guilty of the defendant to violations of the Lacey Act, as alleged in Counts I and II; and to violations of the Endangered Species Act, as alleged in Counts III through VII of the Information, is accepted, and the defendant is adjudged guilty of such offense.

The sentence hearing date is scheduled for Wednesday, October 26, 2011, at 9:30 a.m.

S_____
    Curtis V. Gómez
    Chief Judge